# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

MARCO F. FERREIRA
ASSOCIATE
TEL: (973) 623-2700
EMAIL: mferreira@lcbf.com

ONE GATEWAY CENTER
4TH FLOOR
NEWARK, NJ 07102
TELEPHONE (973) 623-2700
FACSIMILE (973) 623-4496
www.lcbf.com

120 Broadway
13th Floor
New York, New York 10271
Tel: (212) 238-4800

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

June 12, 2019

*Via Pacer*

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Noorullah Zadran v. CVS Health Corporation**
    **Civil Action No.: 2:19-cv-03293**

Dear Magistrate Judge Mann:

We represent CVS Albany, LLC i/p/n/a CVS Health Corporation ("defendant") in the above referenced matter. We are in receipt of Your Honor's June 10, 2019 Order to Show Cause directing defendant to show cause why this matter should not be remanded to State court because of insufficient evidence that plaintiff's claim meets the Court's jurisdictional threshold of $75,000.

In response to the Court's Order to Show Cause, defendant will voluntarily consent to a remand of the case back to the Supreme Court of the State of New York, County of Suffolk, without prejudice, and with leave to renew the removal within the permissible statutory period if evidence is obtained establishing that this matter meets the Court's jurisdictional threshold.

Please advise if the Court requires defendant to file any additional papers to facilitate the remand.

We thank the Court for its courtesies in this matter.

Respectfully Submitted,

Marco F. Ferreira

MFF:ys

cc: Raymond A. Raskin, Esq. (via Pacer)
    Andrew B. Charkow, Esq. (via Pacer)

4824-5038-5561v.1